Joseph W. Cotchett (Cal. SBN 36324)
Steven N. Williams (Cal. SBN 175489)
Adam J. Zapala (Cal. SBN 245748)
Elizabeth Tran (Cal. SBN 280502)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

Daniel E. Gustafson (pro hac vice to be filed)
Jason S. Kilene (pro hac vice to be filed)
Daniel C. Hedlund (pro hac vice to be filed)
Lucy G. Massopust (pro hac vice to be filed)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, Minnesota  55402
Tel.: (612) 333-8844; Fax: (612) 339-6622
dgustafson@gustafsongluek.com
jkilene@gustafsongluek.com
dhedlund@gustafsongluek.com
lmassopust@gustafsongluek.com

[Additional Counsel Listed on Signature Page]
Attorneys for Plaintiff and the Class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| VAN PHAN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>DREAMWORKS ANIMATION SKG, INC.; PIXAR; LUCASFILM, LTD.; THE WALT DISNEY COMPANY; DIGITAL DOMAIN 3.0, INC.; IMAGEMOVERS LLC; IMAGEMOVERS DIGITAL; SONY PICTURES ANIMATION, INC.; and SONY PICTURES IMAGEWORKS, INC.<br><br>                    Defendants. | Case No: 5:14-cv-05150<br><br>**NOTICE OF VOLUNARY DISMISSAL** |

---

**NOTICE OF DISMISSAL; Case No. 5:14-cv-05150**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Van Phan, by his counsel, hereby voluntarily dismisses without prejudice all Defendants from the above referenced action.

Dated:  December 8, 2014

*/s/ Steven N. Williams*
Joseph W. Cotchett (Cal. SBN 36324)
Steven N. Williams (Cal. SBN 175489)
Adam J. Zapala (Cal. SBN 245748)
Elizabeth Tran (Cal. SBN 280502)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

*/s/Daniel E. Gustafson*
Daniel E. Gustafson (*pro hac vice* to be filed)
Jason S. Kilene (*pro hac vice* to be filed)
Daniel C. Hedlund (*pro hac vice* to be filed)
Lucy G. Massopust (*pro hac vice* to be filed)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, Minnesota  55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
jkilene@gustafsongluek.com
dhedlund@gustafsongluek.com
lmassopust@gustafsongluek.com

*/s/ Joseph W. Bruckner*
Joseph W. Bruckner (*pro hac vice* to be filed)
Heidi M. Silton (*pro hac vice* to be filed)
Elizabeth R. Odette (*pro hac vice* to be filed)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
hmsilton@locklaw.com
erodette@locklaw.com

*/s/ Kenneth A. Wexler*
Kenneth A. Wexler (*pro hac vice* to be filed)
Edward A. Wallace (*pro hac vice* to be filed)
**WEXLER WALLACE LLP**
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
Fax: (312) 346-0022
kaw@wexlerwallace.com
eaw@wexlerwallace.com

*ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS*